```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04694
    ARTRANIESE F MOORE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-3566


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 02/29/2008 and was confirmed 09/04/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.00%.

      The case was dismissed after confirmation 01/08/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC         .00            .00            .00
AMERICREDIT FINANCIAL SV  UNSECURED         11609.58           .00        1025.00
AMERICASH LOANS LLC       UNSECURED          1653.50           .00            .00
CHECK INTO CASH           UNSECURED         NOT FILED          .00            .00
MACYS RETAIL HOLDINGS     UNSECURED           351.66           .00            .00
FIRST CASH ADVANCE        UNSECURED         NOT FILED          .00            .00
ISAC                      UNSECURED          2008.84           .00            .00
SIM EDUCATION CREDIT FIN  UNSECURED         NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          1083.91           .00            .00
AT&T WIRELESS             UNSECURED         NOT FILED          .00            .00
PAYDAY LOAN               UNSECURED           694.60           .00            .00
PAYDAY LOAN               UNSECURED         NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           658.57           .00            .00
THE LOAN MACHINE          UNSECURED           485.71           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,329.00                      1,792.95
TOM VAUGHN                TRUSTEE                                           228.25
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   3,046.20

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                        1,025.00
ADMINISTRATIVE                                   1,792.95
TRUSTEE COMPENSATION                               228.25
DEBTOR REFUND                                        .00
                          ---------------        ---------------
TOTALS                    3,046.20               3,046.20

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 04694 ARTRANIESE F MOORE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 04694 ARTRANIESE F MOORE